# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Sidney N. Hoffman,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:14CV146 |
| | ) | |
| vs. | ) | |
| | ) | |
| **James Vaughn, Superintendent,** | ) | |
| **Caledonia Correctional Institution,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2014 Order.

November 26, 2014

Frank G. Johns, Clerk
United States District Court